# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHAUN BITNER AND LORI BITNER, HUSBAND AND WIFE, | : | No. 216 MAL 2019 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| JONAS SHEEHAN, M.D., T. THOMAS ZACHARIA, M.D. AND THE MILTON S. HERSHEY MEDICAL CENTER D/B/A PENN STATE MILTON S. HERSHEY MEDICAL CENTER D/B/A MILTON S. HERSHEY MEDICAL CENTER PHYSICIANS GROUP, PENN STATE HERSHEY RADIOLOGY, | : | |
| | : | |
| Respondents | : | |
| SHAUN BITNER AND LORI BITNER, HUSBAND AND WIFE, | : | No. 217 MAL 2019 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| JONAS SHEEHAN, M.D. AND THE MILTON S. HERSHEY MEDICAL CENTER D/B/A PENN STATE MILTON S. HERSHEY MEDICAL CENTER D/B/A MILTON S. HERSHEY MEDICAL CENTER PHYSICIANS GROUP, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.